

FILED
CLERK, U.S. DISTRICT COURT
AUG 21 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Lois Rae Taylor, Defendant. | Case No. 20-MJ-3698 ORDER OF DETENTION [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

## I.

On August 21, 2020, Defendant made her initial appearance in this district following her arrest on the petition for revocation of supervised release and warrant for arrest issued in the Southern District of California on June 18, 2020. Deputy Federal Public Defender ("DFPD") Michael Driscoll was appointed to represent Defendant. Defendant submitted on the recommendation of detention in the Pretrial Services Report.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.   ☒   Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the petition: defendant escaped from a residential re-entry center on March 21, 2020, and following her arrest for escape, failed to report to the USPO after she was released from custody in error,

    ☒ history of warrants and failures to appear

Thus, Defendant has not demonstrated a willingness to abide by court orders and the Court is not convinced that the defendant will abide by its order to appear for future court appearances if released on bail.

B.   ☒   Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the petition (see above)

    ☒ criminal history, and history of substance abuse

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be removed to the Southern District of California forthwith.

The Court directed government counsel to follow up with government counsel in the charging district regarding Defendant's next scheduled appearance, and provide this information to DFPD Michael Driscoll so that they may monitor the status of defendant's transportation to, and arrival in, the charging district for her next appearance.

Dated: August 21, 2020

                                            /s/
                                    ALKA SAGAR
                        UNITED STATES MAGISTRATE JUDGE